IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05 CV 363

| | | |
|---|---|---|
| **MEINEKECAR CARE CENTERS, INC.,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **A.B. FREEMAN ENTERPRISES, LLC** | ) | |
| and **ANTHONY B. FREEMAN,** | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on its own motion. A review of the record reveals that in May 2006, Defendant A.B. Freeman Enterprises, LLC, filed Chapter 11 bankruptcy proceedings in the U.S. Bankruptcy Court, Northern District of Georgia [see WDNC doc. # 24]. While no action has been taken in recognition of the automatic stay imposed, a stay was never ordered by this Court. As Defendant's Chapter 11 proceedings are ongoing, the undersigned will issue a stay in the above-captioned civil action and administratively close the case pending further notice from the parties. **IT IS, THEREFORE, ORDERED** that the above-captioned civil action is hereby **STAYED** pending further notice from the parties.

**IT IS FURTHER ORDERED** that the Clerk of Court is to remove this action as a statistically pending matter as outlined in Volume XI, Chapter V of the *Guide to Judiciary Policies and Procedures.* Plaintiff is advised that if relief is still sought from this Court at the conclusion of Defendant's bankruptcy proceedings, a motion requesting that the case should be reopened should be submitted.

Signed: March 21, 2007

Graham C. Mullen
United States District Judge